IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TY ATCHISON,

    Plaintiff,

vs.                                                     Case No. 15-CV-00724-DRH-SCW

SOUTHERN ILLINOIS HEALTHCARE,
a corporation d/b/a ST. JOSEPH
MEMORIAL HOSPITAL, SANDRA DEE
DICKERSON, M.D., THE
LABORATORY CORPORATION OF
AMERICA, MEMORIAL HOSPITAL OF
CHESTER, ILLINOIS, a municipal
corporation, SHAWNEE HEALTH
SERVICE, a corporation d/b/a
MURPHYSBORO HEALTH CENTER and
DR. CLARE T. FADDEN,

    Defendants.

## ORDER

**HERNDON, District Judge:**

    Presently before the Court is the Motion to Dismiss Dr. Clare T. Fadden and Shawnee Health Service, Murphysboro Health Center with Prejudice and to Substitute the United States of America as Defendant (Doc. 2) filed by Defendants Dr. Clare T. Fadden and Shawnee Health Service, Murphysboro Health Center. The Court, being fully advised of the premises in this matter and pursuant to 42 U.S.C. § 233, GRANTS Defendants' Motion. (Doc. 2). Defendants Dr. Clare T. Fadden and Shawnee Health Service, Murphysboro Health Center are dismissed

from this lawsuit with prejudice. Furthermore, the United States of America is substituted as a defendant. The Court DIRECTS the Clerk to update the docket to reflect the changes effected by this Order.

**IT IS SO ORDERED.**

**Signed this 8th day of September, 2015.**

Digitally signed by
David R. Herndon
Date: 2015.09.08
11:29:19 -05'00'

**United States District Court**